# ELECTRONIC RECORD

**1486-14**

COA # 03-12-00508-CR     OFFENSE: 43.26

STYLE: Ernest Benl McIntyre v. The State of Texas     COUNTY: Bell

COA DISPOSITION: AFFIRMED     TRIAL COURT: 27th District Court

DATE: 06/04/14     Publish: NO     TC CASE #: 66893

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ernest Benl McIntyre v. The State of Texas     CCA #: **1486-14**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_REFUSED_     JUDGE: _____

DATE: 02/25/2015     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

----------------------------

_____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: PC; May 13, 2015

# ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 03-12-00508-CR
PD-1486-14

5/18/2015
MCINTYRE, ERNEST BENL Tr.Ct.No. 66893

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

3RD COURT OF APPEALS CLERK
JEFF KYLE
P O BOX 12547
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *